IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SODEXO OPERATIONS, LLC, ) | |
| ) | No. 2:21-cv-1856 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Judge Robert J. Colville |
| ) | |
| UNIVERSITY OF PITTSBURGH – OF THE ) | |
| COMMONWEALTH SYSTEM OF ) | |
| HIGHER EDUCATION, ) | |
| ) | |
| Defendant. | |

## ORDER OF COURT

AND NOW, this 15th day of February, 2023, upon consideration of Defendant's Motion to Dismiss, and for the reasons set forth in this Court's Opinion of the same date, it is hereby ORDERED that:

1) Defendant's Motion is DENIED as to Counts I, II, and III of the Complaint;

2) Defendant's Motion is GRANTED as to Count IV of the Complaint.

3) Defendant shall file an answer to the remaining claims set forth in the Complaint by March 8, 2023.

BY THE COURT:

*/s/ Robert J. Colville*

Robert J. Colville
United States District Judge

cc: All counsel of record